**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus Antonio SANCHEZ–LLANES,
Defendant–Appellant.**

**No. 08–50426.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2009 *.

Filed July 21, 2009.

Matthew J. Gardner, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Erica Kristine Zunkel, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Jesus Antonio Sanchez–Llanes appeals from the 21–month sentence imposed on remand following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm but remand to correct the judgment.

Sanchez–Llanes contends that at his re-sentencing hearing, the district court violated Fed.R.Crim.P. 32(i)(3)(B) by failing to resolve an objection to the Pre–Sentence Report. This contention is belied by the record.

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct the judgment.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

